**Nicholas A Kahl**, OSB No. 101145
Email: nick@nickkahl.com
NICK KAHL, LLC
209 SW Oak Street, Suite 400
Portland, OR 97204
Telephone:   (971) 634-0829
Facsimile:    (503) 227-6840

**Lawrence J. Centola, III** (admitted pro hac vice)
Email: lcentola@mbfirm.com
**Jason Z. Landry** (admitted pro hac vice)
Email: jzl@mbfirm.com
MARTZELL, BICKFORD, & CENTOLA, APLC
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone: (504) 581-9065
Email: lcentola@mbfirm.com

**Attorneys for Plaintiff**

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

# PORTLAND DIVISION

| | |
|---|---|
| GREGORY LATHAM, on behalf of himself and all others similarly situated;<br><br>    Plaintiff,<br><br>    v.<br><br>PWCC MARTKETPLACE, LLC;<br><br>    Defendant. | Case No. 3:21-cv-01381-MO<br><br>**STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 41** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their

respective counsel that the above-captioned action is voluntarily dismissed in its entirety, without

prejudice, pursuant to the Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear

Page 1 - STIPULATION OF VOLUNTARY DISMISSAL WITHOUT
PREJUDICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 41



p: 971-634-0829
f: 503-227-6840

209 SW Oak Street, Suite 400
Portland, OR 97204

its own costs, expenses, disbursements, and attorneys' fees. Counsel for Plaintiff confirms compliance with LR 11-1(b)(2).

   IT IS SO STIPULATED.

DATED this 24th day of February, 2022.

| NICK KAHL, LLC | WINSTON & STRAWN LLP |
|---|---|
| s/ Nick Kahl | /s Daniel Blouin |
| Nicholas A. Kahl, OSB No. 101145<br>NICK KAHL LLC<br>209 SW Oak Street, Suite 400<br>Portland, OR 97204 | Daniel M. Blouin (admitted pro hac vice)<br>WINSTON & STRAWN LLP<br>35 W. Wacker Drive<br>Chicago, Illinois 60601-9703 |
| And, | And, |
| Lawrence J. Centola, III, (admitted pro hac vice)<br>Jason Z. Landry (admitted pro hac vice)<br>MARTZELL, BICKFORD, & CENTOLA, APLC<br>338 Lafayette Street<br>New Orleans, Louisiana 70130 | Joshua Sasaki, P.C., OSB No. 964182<br>John C. Clarke, OSB No. 153245<br>MILLER NASH LLP<br>3400 U.S. Bancorp Tower<br>111 S.W. Fifth Avenue<br>Portland, Oregon 97204 |
| **Attorneys for Plaintiff** | **Attorneys for Defendant** |

Page 2 - STIPULATION OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE UNDER FEDERAL RULE OF CIVIL PROCEDURE 41

p: 971-634-0829
f: 503-227-6840

NICK KAHL
ATTORNEY

209 SW Oak Street, Suite 400
Portland, OR 97204